FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 24 2005

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TAMIEKA SHELBY**                                                **PLAINTIFF**

**VS.**             **CASE NO. 5:04CV00162 SWW**

**CENTRAL FREIGHT LINES, INC.**                                   **DEFENDANT**

### AGREED ORDER OF DISMISSAL AND NONSUIT

**ON THIS DAY** came on to be heard the Agreed Order of Dismissal and Nonsuit, in the above-styled and numbered cause. It is therefore,

**ORDERED, ADJUDGED AND DECREED** by the Court that Tameika Shelby's claims in the above-entitled and numbered cause against Central Freight Lines, Inc. are hereby dismissed with prejudice as to the re-filing of same. Court costs are to be taxed against the party incurring same. All other relief not expressly granted is hereby denied.

**SIGNED** this _24th_ day of _October_, 2005.

_____
**JUDGE PRESIDING**

**AGREEMENT AND RELEASE APPROVED AND PAYMENT ACKNOWLEDGED:**

_____
Matthew E. Hartness
ABN: 96005
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444
(501) 661-0196 Fax

**ATTORNEY FOR PLAINTIFF
TAMIEKA SHELBY**

_____
William H. Chamblee
SBN: 04086100
**Jonathan M. LeBlanc**
SBN: 00794151

Chamblee & Ryan, P.C.
2777 Stemmons Place
Suite 1257
Dallas, TX 75207
(214) 905-2003
(214) 905-1213 Fax

**ATTORNEYS FOR DEFENDANTS
CENTRAL FREIGHT LINES, INC.**